IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES ALLEN CROSS,
    Petitioner,

vs.                             Case No.:  3:07cv312/RV/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 19, 2008.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

    Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Petitioner's notice of voluntary dismissal (Doc. 45) is **GRANTED** and this action dismissed without prejudice.

    **DONE AND ORDERED** this 20th day of March, 2008.


                        /s/ _Roger Vinson_
                        **ROGER VINSON**
                        **SENIOR UNITED STATES DISTRICT JUDGE**